**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  ROY W. METHENY                              Case Number: 05-70584
        10594 MAIN ST.
        ROSCOE, IL  61073                SSN-xxx-xx-8655

                                                    Case filed on:    2/15/2005
                                                    Plan Confirmed on: 9/16/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $25,160.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 005 | DEPT. OF HOUSING & URBAN DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 21,190.09 | 21,190.09 | 10,830.19 | 0.00 |
|  | Total Priority | 21,190.09 | 21,190.09 | 10,830.19 | 0.00 |
| 999 | ROY W. METHENY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HYUNDAI MOTOR FINANCE COMPANY | 10,300.00 | 10,300.00 | 10,300.00 | 1,065.01 |
|  | Total Secured | 10,300.00 | 10,300.00 | 10,300.00 | 1,065.01 |
| 001 | HYUNDAI MOTOR FINANCE COMPANY | 1,729.73 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | US DEPARTMENT OF HUD | 24,272.85 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 26,002.58 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 58,856.67 | 32,854.09 | 22,494.19 | 1,065.01 |

Total Paid Claimant:    $23,559.20
Trustee Allowance:      $1,600.80
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009           By  /s/Heather M. Fagan